**2002–1951.   State v. Bowman.**
Montgomery App. No. 18176. On motion for leave to file delayed appeal. Motion denied.

**2002–1991.   State v. Hawkins.**
Stark App. No. 2002CA00095. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–2016.   State v. Matthews.**
Cuyahoga App. No. 68960. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**2002–2020.   State v. Fields.**
Hamilton App. Nos. C–010688 and C–010720, 2002-Ohio-4451. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–2026.   State v. Knox.**
Lorain App. No. 99CA007391. On motion for leave to file delayed appeal. Motion denied.

**2002–2035.   State v. Ramirez.**
Franklin App. No. 01AP–859, 2002-Ohio-4298. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

**2002–2124.   State v. Dumas.**
Mahoning App. No. 98CA167, 2002-Ohio-6614. On motion for stay of court of appeals' judgment. Motion denied.
   MOYER, C.J., and F.E. SWEENEY, J., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2002–1550.   White v. Conrad.**
Medina App. No. 3287–M.
   COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–1560.   Johns v. Horton.**
Hamilton App. No. C–010672, 149 Ohio App.3d 252, 2002-Ohio-3802, 776 N.E.2d 1146.
   RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1575.   Barnhill v. Hamilton.**
Butler App. No. CA2002–03–052.
   COOK, J., concurs and would also hold this cause for the decision in 2002–0367, *Armstrong v. Best Buy Co.,* Lorain App. No. 01CA007848, 2001-Ohio-1934.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–1620.   McGowan v. Family Medicine, Inc.**
Stark App. No. 2001CA00385, 2002-Ohio-4071.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–1742.   Wentling v. Motorists Ins. Cos.**
Stark App. No. 2002CA00027, 2002-Ohio-4672. Discretionary appeal allowed; cause consolidated with 2002–1783, *Wentling v. Motorists Ins. Cos.,* Stark App. No. 2002CA00027, 2002-Ohio-4672; causes held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.